IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| APPALACHIAN POWER COMPANY., *Plaintiff,* v. WILLIAM W. NISSEN II, and LORA J. NISSEN, *Defendants.* | CIVIL NO. 7:14-cv-000535 ORDER JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying memorandum, Defendants' Motion for Reconsideration (docket no. 49) is **DENIED**.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

ENTERED: This  6th  day of April, 2015

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE